**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 5:03-CR-69 (MTT)** |
| | ) | |
| **EDWARD WAYNE YOUNG,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

On September 12, 2025, the Court deferred ruling on Young's motion for compassionate release (ECF 36) and his motion to reduce sentence (ECF 38) pending the Supreme Court of the United States' opinions in *Carter v. United States*, No. 24-860 (U.S. Feb. 11, 2025), and *Rutherford v. United States*, No. 24-820 (U.S. Jan. 30, 2025). ECF 39. On May 28, 2026, the Court issued opinions in both cases. Relevant here, the Court in *Rutherford* held that any sentence disparity created by the nonretroactive change to 18 U.S.C. § 924(c)'s mandatory penalties is not an extraordinary and compelling reason for compassionate release. *Rutherford*, 608 U.S. __, 2026 WL 1485535, at *3 (May 28, 2026). Because *Rutherford* impacts this case, the Government is **ORDERED** to respond to Young's motion for compassionate release (ECF 36) within **21 DAYS** of the entry of this order. The Government's response must also address Young's motion for a sentence reduction (ECF 38). After the Government files its response, Young shall have **21 DAYS** to reply.

**SO ORDERED**, this 2nd day of June, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT